# Third District Court of Appeal

## State of Florida

Opinion filed January 6, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0627
Lower Tribunal No. 16-2367
_____

**Gaston Cajina,**
Appellant,

vs.

**HSBC Bank USA, National Association, etc.,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Ice Appellate, and Thomas Erskine Ice (Lake Worth), for appellant.

McGuireWoods LLP, and Sara F. Holladay, Emily Y. Rottmann, and Kathleen D. Kilbride (Jacksonville), for appellee.

Before EMAS, C.J., and FERNANDEZ, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Deutsche Bank Tr. Co. Ams. v. JB Inv. Realty, LLC, 274 So. 3d 1114, 1115-16 (Fla. 4th DCA 2019) ("We find the trial court erred in granting an involuntary dismissal and requiring the entire payment history 'from the beginning' to be in evidence before the bank could proceed with the foreclosure action . . . [T]he bank made a prima facie showing of the amount of indebtedness by offering the payment history . . . as well as witness testimony as to the amounts due and owing."); Liberty Home Equity Sols., Inc. v. Raulston, 206 So. 3d 58, 60 (Fla. 4th DCA 2016) ("To establish a prima facie case, . . . the plaintiff must introduce . . . some evidence regarding the outstanding debt.") (citations omitted)